**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: THE MATTER OF THE COMPLAINT OF COASTAL MARINE CONTRACTORS, LLC, AS OWNER OF THE M/V DARI LYNN N/K/A M/V COASTAL SHIFTER, OFFICIAL NO. 574676 PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **C.A. NO.: 1:26-cv-00207-HSO-BWR**<br><br>**ADMIRALTY – Rule 9(h)** |

# ORDER

Before the Court is the Ex Parte Motion [7] to Extend Monition Period filed by Limitation Petitioner, Coastal Marine Contractors, LLC. The Court, having considered the motion, finds good cause to grant it.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Motion [7] is **GRANTED**, and the monition period in this matter is extended by forty-five days, through and including October 5, 2026.

**IT IS, FURTHER, ORDERED** that the Estate of Darian Brown may file any claim in this limitation proceeding on or before October 5, 2026.

**SO ORDERED AND ADJUDGED**, this the 25th day of August, 2026.

s/ Halil Suleyman Ozerden
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE